

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2021

No. 04-21-00383-CR

Zepatrick Lee **CARTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 573322
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

Appellant's brief was originally due on October 18, 2021. Appellant was then represented on appeal by appointed counsel, Ms. Jessica Gonzalez. On October 19, 2021, Ms. Gonzalez filed a motion for extension of time requesting a 90-day extension to file appellant's brief so that she could withdraw and new counsel could be appointed by the trial court. On October 20, 2021, we denied the request for extension of time and abated this case while the trial court considered Ms. Gonzalez's withdrawal and appointment of new counsel.

On October 21, 2021, the trial court appointed new counsel. On October 28, 2021, newly appointed counsel filed a motion to recalculate current due date for filing of appellant's initial brief to thirty days after the record is complete. The motion indicates newly appointed counsel filed a designation of record for appeal on October 22, 2021. Because of technical issues in the court's system at the time the motion was drafted, newly appointed counsel could not access the records associated with this case to verify that this court has received all records designated by appellant.

After reviewing the motion, the designation of record, and the records on file with this court, it appears all designated items have been filed with this court. The technical issues in this court's system have also been resolved. We accordingly lift the abatement and GRANT IN PART the motion as follows: Appellant's brief is due **no later than November 29, 2021**. If appellant requires additional time to file his initial brief, appellant may file a motion requesting it. This court will consider the unusual circumstances of this case in disposing of such a motion.

_____
Lori I. Valenzuela, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court